**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IVAN REYES,

                      Plaintiff,                      23 **CIVIL** 1817 (OTW)

        -v-                                    **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 27, 2023, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including that Plaintiff will be offered a new hearing. The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:** New York, New York
           September 27, 2023

                                                    **RUBY J. KRAJICK**
                                               _____
                                                  **Clerk of Court**

                                  **BY:**     *K. Mango*

                                                   _____
                                                     **Deputy Clerk**